UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SILVIA G.CARCAMO et al,

            Plaintiff,

   v.

EMC MORTGAGE CORPORATION et al,

            Defendant.

_____/

Case Number: CV07-80251 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ines D. Carcamo
2264 Greenwich Road
San Pablo, CA 00000

Silvia G. Carcamo
2264 Greenwich Road
San Pablo, CA 00000

Dated: November 1, 2007

                     Richard W. Wieking, Clerk
                     By: Barbara Espinoza, Deputy Clerk