IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA G. CARCAMO, INES D. CARAMO,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMC MORTGAGE CORP., et al.,<br><br>    Defendants._____ / | No. Misc. C 07-80251 CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiffs, proceeding pro se, filed this action against "EMC MORTGAGE CORP., US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. It appears that plaintiff is demanding approximately $30 million from EMC Mortgage Corp., but even that fact is unclear and the Court cannot discern the basis for the demand. As plaintiffs' papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiffs' lawsuit, on October 31, 2007 the Court dismissed plaintiffs' complaint with 20 days leave to amend. As of the date of this Order plaintiffs have not amended their complaint and have not otherwise communicated with the Court. Accordingly, plaintiffs' complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: November 28, 2007

                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80251misc\orderredismissal2.wpd