IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA G. CARCAMO, INES D. CARAMO,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMC MORTGAGE CORP., et al.,<br><br>    Defendants._____/ | No. Misc. C 07-80251 CRB<br><br>**ORDER** |

    Plaintiffs' objection to the Court's order dismissing this action (erroneously entitled as "Defendant's objection") is OVERRULED.

**IT IS SO ORDERED.**

Dated: December 21, 2007

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80251misc\orderreobjection.wpd